# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| | 3:09-md-02100-DRH |
| | MDL No. 2100 |

**This Document Relates To:**

*Jacinta Brown, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10855-DRH

*Janet Johnson, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10859-DRH

*Melissa Kennedy, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10863-DRH

*Denatai Morton, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10860-DRH

*Heather Owens, et al. v. Bayer Pharma AG, et al.*     No. 13-cv-10858-DRH

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 3, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  **/s/*Caitlin Fischer***
**Deputy Clerk**

Judge Herndon
2016.08.05
14:40:12 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT